# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

In re:

**CV SETTLEMENT HOLDINGS, LLC,**      Case No. 14-03731-JCO

                                                      Chapter 11

Debtor.
_____/

**PORTSIDE REALTY, LLC, on behalf of
CV SETTLEMENT HOLDINGS, LLC,**

Plaintiff,

                                                   Adv. Pro. No.: 16-00064

v.

**J. MARION UTER,** *et al.*;

Defendants.
_____/

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff **PORTSIDE REALTY, LLC**, on behalf of **CV SETTLEMENT HOLDINGS, LLC**, dismisses without prejudice the claims asserted against Defendant **PAUL M. UTER**.

[THIS SPACE INTENTIONALLY LEFT BLANK]

Dated: April 19, 2017						Respectfully submitted,

						*/s/ Jason Michael Osborn*
						Jason Michael Osborn (ASB4122A58O)
						OSBORN GROUP, LLC
						308 Magnolia Avenue, Suite 102
						Fairhope, Alabama 36532
						Telephone: (251) 929-5050
						Email: josborn@osborngroupllc.com

						**COUNSEL FOR PORTSIDE REALTY, LLC**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on April 19, 2017, via electronic transmission through the Court's CM/ECF system upon all parties on the Court's CM/ECF Service List and via first class mail on upon all parties to the extent that such parties were not served electronically through the Court's CM/ECF system.

Dated: April 19, 2017

*/s/ Jason Michael Osborn*
Jason Michael Osborn (ASB4122A58O)
OSBORN GROUP, LLC
308 Magnolia Avenue, Suite 102
Fairhope, Alabama 36532
Telephone: (251) 929-5050
Email: josborn@osborngroupllc.com

**COUNSEL FOR PORTSIDE REALTY, LLC**

# SERVICE LIST (VIA EMAIL)

BURNS, MR. PETER F.
Counsel for Defendant Peter F. Burns
pfburns@bcmlawyers.com
tbunn@bcmlawyers.com

CHEATHAM, MR. ROBIN BRYAN
Counsel for Interested Party Jason Michael Osborn
robin.cheatham@arlaw.com
vicki.owens@arlaw.com
mary.cuenca@arlaw.com

DAVIS, MR. RICHARD JR.
Counsel for Defendants
Beatus Investments, L.L.C., and Bryant Bank
rick@davis-fields.com
ksilva@davis-fields.com

DAVIS, MR. RICHARD E.
Counsel for Defendants
Beatus Investments, L.L.C., and Bryant Bank
rdavis@davis-fields.com

HARTLEY, MR. JEFFERY J.
Counsel for Defendant
Burns, Cunningham & Mackey, P.C.
jjh@helmsinglaw.com
ktm@helmsinglaw.com
dwc@helmsinglaw.com

MACKEY, MR. PETER S.
Counsel for Defendant
Burns, Cunningham & Mackey, P.C.
psmackey@bcmlawyers.com

MCDONALD, MR. JAMES H.
jhm@mcdonaldlagarde.com

NOOJIN, MR. BERT P. SR.
Counsel for Defendants J Marion Uter and Paul M. Uter
bert@noojinlawfirm.com

WYNNE, MR. MARION E. JR.
Counsel for Debtor CV Settlement Holdings, LLC
twynne@wbbwlaw.com

# SERVICE LIST (VIA FIRST CLASS MAIL)

Blade Construction, LLC
C/o Mr. Colin Uter, Registered Agent
7337 Coopers Landing Road
Foley, AL 36535

Cash Canal, L.L.C.
C/o Mr. John D. Smith
7020 Fain Park Drive, Suite 1
Montgomery, AL 36117

Cypress Village Development Co., L.L.C.
C/o J. Marion Uter, Registered Agent
9170 Timber Creek Boulevard
Daphne, AL 36527

Cypress Village Development Co., L.L.C.
C/o J. Marion Uter, Registered Agent
P. O. Box 460323
Ft. Lauderdale, FL 33346

Cypress Village Development Co., L.L.C.
C/o J. Marion Uter, Registered Agent
34 Pelican Isle
Ft. Lauderdale, FL 33316