IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No.: 14-3731-JCO |
| CV Settlement Holdings, LLC, | Chapter 11 |
| Debtor. | |
| _____ | |
| Portside Realty, LLC, | Adv. No.: 16-64-JCO |
| On Behalf of CV Settlement | |
| Holdings, LLC, | |
|    *Plaintiff,* | |
| v. | |
| J. Marion Uter, *et al.,* | |
|    *Defendants.* | |

## ORDER

This matter came before the Court on April 25, 2017, on the Court's Order to Show Cause (Doc. 29), and Plaintiff, Portside Realty, LLC's, Response thereto. (Doc. 36). Appearances were noted for the record. Counsel for Portside discussed voluntarily dismissal with the Court and this Court allowed and accepted Plaintiff Portside's oral motion to dismiss. Counsel for Portside requested the pending Motion for Sanctions (Doc. 6), be consolidated with the main case of *In re CV Settlement Holdings, LLC,* 14-3731-JCO, and this Court agreed.

Therefore, it ORDERED, ADJUDGED and DECREED that:

The present adversary proceeding is hereby DISMISSED with prejudice as to Plaintiff Portside Realty, LLC, and the pending Motion for Sanctions, (Doc. 6), is hereby

consolidated with and shall remain pending in the main case of *In re CV Settlement Holdings, LLC,* 14-3731-JCO.

Dated: April 25, 2017

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE